UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Benjamin Prigge, | Case No. 24-cv-2774 (DWF/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Landlord Resource Network, LLC, | |
| Defendant. | |

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff Benjamin Prigge's application to proceed *in forma pauperis* of (ECF No. [2]) is **GRANTED**.

2. If Mr. Prigge wants the Court to effect service of the Summons on Defendant Landlord Resource Network, LLC ("LRN"), then Mr. Prigge must submit a properly completed Marshal Service Form (Form USM-285) for LRN.  If Mr. Prigge does not complete and return the Marshal Service Form by **August 19, 2024**, the Court will assume that he or his counsel has elected to effect service in some other way.

3. If Mr. Prigge does return the completed Marshal Service Form by **August 19, 2024**, the Court directs the Clerk of Court to seek a waiver of service from LRN consistent with Rule 4(d) of the Federal Rules of Civil Procedure.

4. If LRN fails without good cause to sign and return a waiver within 30 days of the date that the waiver is mailed, the Court will impose upon LRN the expenses later incurred in effecting service of process.  Absent a showing of good cause, reimbursement of the costs of service is mandatory and will be imposed in all cases in which a defendant does not sign and return a waiver of service form.  *See* Fed. R. Civ. P. 4(d)(2).

2

Dated: July 18, 2024         *s/ Dulce J. Foster*
                             DULCE J. FOSTER
                             United States Magistrate Judge